IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMIR SAAD SORIAL, A# 249-393-251                                    PETITIONER

V.                                        CIVIL ACTION NO. 5:26-cv-291-DCB-RPM

WARDEN RAFAEL VERGARA                                              RESPONDENT

ORDER EXTENDING TIME

Pro se Petitioner Amir Saad Sorial ("Petitioner") brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. On May 6, 2026, the Court entered an Order [4] requiring Petitioner, on or before May 20, to file a written response providing specific information. When Petitioner failed to comply, the Court entered an Order to Show Cause [5]. Petitioner filed a Response [6] stating that he did not receive a copy of the May 6 Order [4] and in support, he filed a copy of the detention center's mail log. The Court will order that a copy of the May 6 Order [4] be remailed to Petitioner and extend Petitioner's deadline to comply. It is, therefore, **ORDERED:**

(1) That the Clerk of Court is directed to mail a copy of this Order along with a copy of the May 6 Order [4] to Petitioner at his current address of record;

(2) That on or before June 30, 2026, Petitioner shall file a written response as set forth in the May 6 Order [4];

(3) That Petitioner is warned that his failure to advise this Court of a change of address or his failure to fully comply with this Order in a timely manner will result in the dismissal of this case, without further notice to the Petitioner.

**SO ORDERED**, this the 16th day of June, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE